# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 03-00495DAE

CASE NAME:         U.S.A. Vs. (02) Roman Calderon, (03) Jason Maxwell, (06)
                   Albert Powell, III, (07) Corey Manley and (08) Vincent
                   Furtado

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     1/9/2006                   TIME:

COURT ACTION:  EO: Final PreTrial Conference as to Defendants (02) Roman
Calderon, (03) Jason Maxwell, (06) Albert Powell, III, (07) Corey Manley and (08)
Vincent Furtado set for 1/9/2006 continued to 1/17/2006 @l0:00 a.m. before Judge
Kobayashi.

Submitted by Leslie L. Sai, Courtroom Manager