ARNOLD THIELENS PHILLIPS II, ESQ.
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 528.3911/Fax:528.5006
ATP@atphillips.com
Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2006

at __10__ o'clock and __30__ min __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>Vs.<br><br>JASON MAXWELL (03)<br><br>Defendant | CR. NO.03-00495-07 DAE<br><br>**DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE** |

## DEFENDANT'S SENTENCING STATEMENT

COMES NOW the Defendant Jason Maxwell, by and through his attorney, Arnold T. Phillips II, and for his Sentencing Statement states as follows:

1. The defendant has no corrections or modifications to factual information contained in Part A. The Offense; Part B. Defendant's Criminal History; Part C.

Offender Characteristics; Part D. Sentencing Options or Part E Factors That May Warrant A Sentence Outside the Advisory Guideline Range.

2. The defendant understands that the value of his assistance in advancing the enforcement actions of the government contributing to prosecutions in this and related matters are to be considered by the government in requesting the Court depart downward from the mandatory minimum term of imprisonment.

DATED:   Honolulu, Hawai'i, October 27, 2006.

_____
ARNOLD T. PHILLIPS, II
Attorney for the Defendant

ARNOLD THIELENS PHILLIPS II, ESQ.
1188 Bishop Street, Suite 3003
Honolulu, Hawaii 96813
Telephone: 528.3911/Fax:528.5006
ATP@atphillips.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | CR. NO.03-00495-07 DAE |
|---|---|
| Plaintiff | |
| Vs. | **CERTIFICATE OF SERVICE** |
| JASON MAXWELL (03) | |
| Defendant | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the each of the Defendant's Sentencing Statement was duly served upon the party listed below by hand delivery on October 27, 2006:

CHRIS THOMAS AUSA

300 Ala Moana Blvd.
Honolulu, HI 96850

Assistant United States Attorney

       DATED: Honolulu, Hawaii, October 27, 2006.

                                        _____
                                        ARNOLD T. PHILLIPS II
                                        Attorney for Defendant