# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 03-00495DAE-03 |
| CASE NAME: | United States of America vs. Jason Maxwell |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | Arnold T. Phillips, III |
| U.S.P.O: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/12/2007 | TIME: | 1:40 - 1:55 |

COURT ACTION:  Sentencing to Counts 1 and 9 of the Indictment: Government's Motion for Downward Departure:

Defendant present with counsel Arnold Phillips.

Governments Motion for Downward Departure GRANTED.

Allocution by the defendant.

Imprisonment 36 months as to each of Counts 1 and 9 of the Indictment, with all terms to run concurrently.

Supervised Release 5 years as to Count 1 and 3 years as to Count 9 with all terms to run concurrently under the following conditions:

1.   That the defendant shall abide by the standard conditions of supervision.

2.   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.   That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 03-00495DAE-03
U.S.A. vs. Jason Maxwell
January 12. 2007

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7  That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No fine imposed.

Special Monetary Assessment $200.

Advised of rights to appeal.

Page 3
Criminal 03-00495DAE-03
U.S.A. vs. Jason Maxwell
January 12, 2007

Governments Oral Motion to Dismiss Count 2 of the Indictment GRANTED.

RECOMMENDATION:   FDC, Honolulu, Hawaii.

That the defendant participate in educational and vocational training programs, drug treatment and mental health treatment.

MITTIMUS: February 27, 2007 at 2:00 p.m.

Defendant to report to the Federal Detention Center.

Submitted by:   Dottie Miwa, Courtroom Manager