AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:     1:03CR00495-003                                Judgment - Page 2 of 6
DEFENDANT:       JASON MAXWELL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 36 MONTHS

This term consists of THIRTY (36) MONTHS as to each of Counts 1 and 9 and of the Indictment, with all terms and counts to run concurrently with each other.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC, Honolulu, Hawaii.

       That the defendant participate in educational, vocational training programs, and drug treatment.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [✔] before 2:00 p.m. on 2/27/2007 .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 19 2007
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ on  02-27-07  to  FDC Honolulu
at  Honolulu, HI  , with a certified copy of this judgment.

                                                    John T. Rothman
                                            WARDEN    ~~UNITED STATES MARSHAL~~

                                        By      W. Tsai
                                            LIE    ~~Deputy U.S. Marshal~~